UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID J. WILLIAMS

VERSUS                                               CIVIL ACTION NO.: 10-52-JVP-CN

BURL CAIN, JOSEPH HOOKER,
and RAY SCROGGS

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 14, 2010 (doc. 8). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claims shall be **DISMISSED**, with prejudice, as legally frivolous within the meaning of 28 U.S.C. § 1915(e), and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA